MN, ND - 305
(10/00)

193971
Rung 9-15-11
KLH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5**
**For Deposit to Registry Fund**

Debtor:    TERRY AND YVONNE RAETHER

Chapter 7 Case No.    09-46338-RJK

Please Check One:

xxx    Unclaimed Dividends

____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 66.42 |

DATED: September 7, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

09-446

RECEIVED
11 SEP 15 AM 9:25
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

2

Printed: 09/07/11 08:58 AM

# Stale Check Report

Page: 1

**Trustee:** Julia A. Christians (430040)
**Case:** 09-46338 - RAETHER, TERRY L

| Account No. | | Check No. | Issued | | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 9200-64890197-66 | | 114 | 09/07/11 | | | | | $66.42 |

| Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Payee Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-64890197-66 | 11-2 | 108 | 02/01/11 | 610 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | 156.09 | 156.09 | 0.41 | 0.41 |
| 9200-64890197-66 | 13 | 110 | 02/14/11 | 610 | DAKOTA SUPPLY GROUP<br>475 W MINNEHAHA AVE<br>ST PAUL, MN 55103 | 25,187.01 | 25,187.01 | 66.01 | 66.01 |

(*) Denotes objection to Amount Filed    (i) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.